UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-102

| | |
|---|---|
| SUSAN K. BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ESTEP CAPITAL MANAGEMENT, LLC ) | |
| and JAMIN ANDREW ESTEP ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER comes before the Court upon the motion of Susan K. Brown seeking to refer the above captioned matter to the United States Bankruptcy Court for the Western District of North Carolina. It appears that good cause exists to refer this case to the United States Bankruptcy Court for the Western District of North Carolina under this Court's standing orders.

It is therefore **ORDERED** that this proceeding should be and is hereby transferred to the United States Bankruptcy Court for the Western District of North Carolina for all further proceedings.

Signed: March 3, 2011

Graham C. Mullen
United States District Judge